# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 29, 2025

### NO. 03-25-00269-CV

**Eric Miller, M.D. and The Spine Group, PLLC, Appellants**

**v.**

**Central Texas Pain Center PLLC; PSA Management Company LLC; PSA Group Holdings, LLC; PSA Practice Holdings, PA; PSCT Practice Holdings, PA; Daniel Frederick, M.D.; Scott Budoff; and Commonview Capital, LLC, Appellees**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND ELLIS
DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on March 27, 2025. Appellants have filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.